UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 1:19-CR-100 |
| | ) | |
| BRIAN NORDAN, | ) | |
| DUSTIN COLEMAN, and | ) | |
| ANGELA JASINSKI | ) | |

GOVERNMENT'S OPPOSITION TO REQUEST TO TRAVEL

Comes now the United States of America, by and through its undersigned counsel, and after input from the U.S. Pretrial Services offices (USPO) in Michigan and Indiana, hereby files its opposition to the motion for permission to travel December 26, 2020 through January 2, 2021, filed by the defendant, Brian Nordan (hereinafter Nordan), for the following reasons:

Nordan, along with his codefendant sister and ex-spouse, was charged in a 13 Count Indictment alleging wire fraud in violation of 18 U.S.C. § 1343, resulting in a loss of over $3,000,000 to his employer. He had his initial appearance in South Bend, Indiana in front of Magistrate Judge Michael G. Gotsch, Sr. on November 26, 2019 at 2 p.m. (DE 19, 22) After that hearing, Nordan was released on several terms and conditions of release, *inter alia*, that he "not use alcohol (x) at all" as well as a restriction on travel outside the Western District of Michigan and the Northern District of Indiana. (DE 25) His

previous motion for permission to travel over the holidays between December 23, 2019, and January 5, 2020, which the government opposed, was ultimately denied. (DE 38, 40, 43, 45). Since the time of his arrest, the USPO has been working with Nordan on the issues he presents under the terms and conditions of supervision.

By way of his present motion, Nordan is again seeking to travel over the Christmas and New Year's holidays, specifically between December 26, 2020, and January 2, 2021. (DE 103) He seeks permission to travel to Florida at that time with his mother, codefendant sister, her children and husband. This request is not for emergency travel, nor is it employment related; it is purely personal. The USPO's position is that travel is a privilege. Because Nordan has not been compliant with the terms and conditions of his supervision, his travel request should be denied. The USPO has advised that between May 2020 and as recently as September 2020, Nordan submitted 7 diluted drug screens. Additionally, he is being referred for treatment at a contract facility and will be required to comply with additional substance use screening by virtue of a sweat patch. The USPO does not believe a trip to Florida over the New Year's holiday would be in his best interest. The Michigan and Indiana USPOs oppose his travel request as they would not be in a position to monitor his activities and sweat patch results or his compliance with his release conditions were he to travel to Florida for this period of time.

WHEREFORE, the United States, on behalf of the Probation and Pretrial Services Offices supervising Nordan, opposes this request to travel at this time.

          Respectfully submitted,

          THOMAS L. KIRSCH II
          UNITED STATES ATTORNEY

          */s/ Sarah E Nokes*
     By: Sarah E. Nokes
          Assistant United States Attorney
          E. Ross Adair Federal Building
          & U.S. Courthouse
          1300 South Harrison Street
          Room 3128
          Fort Wayne, IN 46802-3489
          Telephone: (260) 422-2595
          Facsimile: (260) 426-1616
          E-mail Address: sarah.nokes@usdoj.gov