UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:19-cr-00100-DRL-MGG |
| ) | |
| BRIAN NORDAN, *et al*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT NORDAN'S MOTION TO MODIFY CONDITIONS OF DETENTION

Comes now the Defendant, Brian Nordan, by and through his counsel Andrew B. Jones, to move this Court for an order releasing him into the care and custody of Inspiration House, Inc., a division of S.T.A.R. Care Services, 601 East Taber Street, Fort Wayne, Indiana 46803. In support of *Defendant Nordan's Motion to Modify Conditions of Detention*, Brian Nordan states as follows:

1. Defendant, Brian Nordan, was charged in this matter on November 20, 2019 (DE 1). He was subsequently arrested on November 26, 2019 (DE 3) and released under certain conditions (DE25).

2. On December 21, 2020, Probation filed a Request for detention (DE 117) and Defendant, Brian Nordan, subsequently turned himself in, and his supervised release was revoked (DE 124).

3. Defendant, Brian Nordan, awaits trial that is scheduled for April 19. 2021 (DE 100).

4. Defendant, Brian Nordan, suffers from mental health and substance abuse issues, and treatment is necessary.

5. Defendant, Brian Nordan, has been accepted for immediate in-patient treatment by Inspiration House, Inc., a division of S.T.A.R. Care Services, 601 East Taber Street, Fort Wayne, Indiana 46803.

6. Inspiration House, Inc. is able to continue Brian Nordan's in-patient treatment up to the date of trial.

WHEREFORE, the Defendant, Brian Nordan, requests that his incarceration be terminated and that he be released into the care and custody of Inspiration House, Inc., a division of S.T.A.R. Care Services, 601 East Taber Street, Fort Wayne, Indiana 46803.

Dated: January 13, 2021.

Respectfully submitted,

/s/Andrew B. Jones
Andrew B. Jones (29686-71)
Jones Law Office LLC
224 W. Colfax Ave., Suite 100
South Bend, IN 46601
P:  (574) 239-7017
F:  (574) 239-7018
E:  andrew@attorney-jones.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the foregoing document was served on all counsel of record via electronic filing on this 13th day of January, 2021.

/s/Andrew B. Jones
Andrew B. Jones