UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:19-CR-100 DRL-SLC |
| BRIAN NORDAN, | |
| Defendant. | |

## ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Susan Collins filed April 12, 2021. On April 12, 2021, Brian Nordan pleaded guilty to count 8 of the 13-count indictment—charging him with wire fraud in violation of 18 U.S.C. § 1343. Per the plea agreement, the government agrees to dismiss counts 1-7 and 9-13 of the indictment at the time of sentencing. No party objected, and the time to object has passed. The court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement or binding terms pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to this offense as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

SO ORDERED.

April 27, 2021

*s/ Damon R. Leichty*
Judge, United States District Court